# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 23-48356-TJT  
**Case Name:** CONNER CREEK CENTER LLC  
**For Period Ending:** 01/16/2024  

**Trustee Name:** (420360) Stuart A. Gold  
**Date Filed (f) or Converted (c):** 10/25/2023 (c)  
**§ 341(a) Meeting Date:** 12/07/2023  
**Claims Bar Date:** 01/30/2024  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT ACCOUNT AT BANK OF AMERICA | 0.00 | Unknown | | 0.00 | Unknown |
| 3 | ACCOUNT AT BANK OF AMERICA- CHECKING ACCOUNT | 0.00 | Unknown | | 0.00 | Unknown |
| 4 | A/R 90 DAYS OLD OR LESS. FACE AMOUNT = $0.00. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $0.00. | Unknown | Unknown | | 0.00 | Unknown |
| 5 | A/R OVER 90 DAYS OLD. FACE AMOUNT = $3,700,000.00. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $3,700,000.00. | Unknown | Unknown | | 0.00 | Unknown |
| 6 | OFFICE FURNTURE ALL ITEMS OVER 25 YEARS OLD. COST TO MOVE MORE THAN VALUE. | 1.00 | 0.00 | | 0.00 | FA |
| 7 | CENTRAL PHONE SYSTEM. | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | X RAY MACHINE-APPROX 10 YEARS OLD. FIXTURE UNLIKELY BE ABLE TO MOVE.. | 5,000.00 | 0.00 | | 0.00 | FA |
| 9 | GMC ENOVY 2005. | 500.00 | 0.00 | | 0.00 | FA |
| 10 | GMC ENOVY DOES NOT RUN. | 250.00 | 0.00 | | 0.00 | FA |
| 11 | CLEANING PRODUCTS ETC. | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | 4777 OUTER DRIVE DETROIT ML $10,000.00 VALUATION IS BASED UPON APPRAISAL FROM 2020. DEBTOR IS CURRENTLY ATTEMPTING TO MARKET THE PROPERTY AND IS ANALYZING THE VALUE IN TODAY'S MARKET., FEE SIMPLE<br><br>* Notice of Proposed Abandonment filed by Trustee 11/22/23 [doc #83] | 10,000,000.00 | Unknown | | 0.00 | Unknown |
| 13 | Post-petition financing (u) | 0.00 | 32,500.00 | | 32,500.00 | FA |
| 14 | Huntington Bank -- Debtor in Possession bank account (u) | 0.00 | 1,014.72 | | 1,014.72 | FA |
| 14 | **Assets Totals (Excluding unknown values)** | **$10,007,751.00** | **$33,514.72** | | **$33,514.72** | **$0.00** |

**Case No.:** 23-48356-TJT  
**Case Name:** CONNER CREEK CENTER LLC  

**Trustee Name:** (420360) Stuart A. Gold  
**Date Filed (f) or Converted (c):** 10/25/2023 (c)  
**§ 341(a) Meeting Date:** 12/07/2023  

**For Period Ending:** 01/16/2024  
**Claims Bar Date:** 01/30/2024  

**Major Activities Affecting Case Closing:**

01/08/24 -- App to Employ Mueller & Company PC as Accountant for Trustee filed; Order entered 01/08/24
12/07/23 -- Motion for Contempt Against Dorothy McLemore Trust, Raymond McLemore, Andrew McLemore, Sr. and Andrew McLemore, Jr filed by Trustee;
12/01/23 -- :Motion of Premco Financial Corp for Adequate Protection filed; Motion struck by court [doc #93]
11/22/23 -- Notice of Proposed Abandonment of Commercial Property located at 4777 East Outer Dr., Detroit, MI filed by Trustee [doc #83]; Notice withdrawn 12/20/23 [doc #117]
11/21/23 -- Motion for 2004 Exam and Production of Documents of RAD Conversion Specialists, LLC filed by Trustee; Response filed by RAD Conversion Specialists, LLC; Hearing scheduled for 12/20/23 at 9:00; Order entered 12/14/23 -- 2004 exam scheduled for 01/25/24 at 3:00
11/07/23 -- Motion of DTE to Determine Adequate Assurance of Payment Pursuant to Section 366 of the Bankruptcy Code filed; Objection filed by Trustee; Objection filed by Conner Lender, LLC; Motion withdrawn by DTE 12/1/23 [doc #91]
11/06/23 -- Motion Authorizing Trustee to Reject Non-Residential Real Estate Leases filed; Response filed by DESIR Medical PLLC, Conner Creek Urgent Care and Conner Creek Life Solution LLC; Hearing scheduled for 12/13/23 at 10:00; Order entered Authorizing Trustee to Reject Leases P/O 12/13/23 [doc #109]
11/01/23 -- Motion to Compel Dorothy McLemore Trust, Raymond Scott McLemore, Andrew McLemore, Sr., and Andrew McLemore, Jr. to turnover property of the bankruptcy estate filed by Trustee; Order entered 11/21/23 [doc #80]
11/01/23 -- Notice of Asset filed; Claim bar date is 01/30/2024
11/2023 -- Investigate business books and records; Investigating debtor's financial affairs for potential avoidable transfers

**Initial Projected Date Of Final Report (TFR):** 12/01/2025      **Current Projected Date Of Final Report (TFR):** 12/01/2025

01/16/2024  
Date

/s/Stuart A. Gold  
Stuart A. Gold

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case No.:** 23-48356-TJT | **Trustee Name:** | Stuart A. Gold (420360) |
| **Case Name:** CONNER CREEK CENTER LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** **-***2548 | **Account #:** | ******8366 Checking |
| **For Period Ending:** 01/16/2024 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/01/23 | {13} | Conner Lender, LLC | Post petition financing | 1280-002 | 7,500.00 | | 7,500.00 |
| 11/02/23 | 101 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #43; Customer ID: CC01 | 2990-000 | | 3,227.10 | 4,272.90 |
| 11/06/23 | {14} | Conner Creek Center LLC | Turnover of funds in DIP account per demand | 1229-000 | 1,014.72 | | 5,287.62 |
| 11/08/23 | 102 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #44; Customer ID: CC01 | 2990-000 | | 3,383.25 | 1,904.37 |
| 11/16/23 | {13} | Conner Lender, LLC | INCOMING WIRE FROM CONNER LENDER, LLC 70748522 -- Post Petition financing | 1280-002 | 15,000.00 | | 16,904.37 |
| 11/17/23 | 103 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #45; Customer ID: CC01 | 2990-000 | | 3,608.80 | 13,295.57 |
| 11/21/23 | 104 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #46; Customer ID: CC01 | 2990-000 | | 3,626.15 | 9,669.42 |
| 11/21/23 | 105 | Clayton Industries | Boiler repairs; Ref #: Clayton SEG-504-1; Serial #: 23779 Stopped on 12/18/2023 | 2990-000 | | 977.00 | 8,692.42 |
| 11/27/23 | {13} | Conner Lender LLC | INCOMING WIRE FROM CONNER LENDER, LLC 70981614 - Post Petition financing | 1280-002 | 10,000.00 | | 18,692.42 |
| 11/29/23 | 106 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #47; Customer ID: CC01 | 2990-000 | | 3,331.20 | 15,361.22 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 15.80 | 15,345.42 |
| 12/04/23 | 107 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #48; Customer ID: CC01 | 2990-000 | | 3,608.80 | 11,736.62 |
| 12/12/23 | 108 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #49; Customer ID: CC01 | 2990-000 | | 3,735.00 | 8,001.62 |
| 12/18/23 | 105 | Clayton Industries | Boiler repairs; Ref #: Clayton SEG-504-1; Serial #: 23779 Stopped: check issued on 11/21/2023 | 2990-000 | | -977.00 | 8,978.62 |
| 12/18/23 | 109 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #50; Customer ID: CC01 | 2990-000 | | 3,342.88 | 5,635.74 |
| 12/18/23 | 110 | Dolores Lanzotti | Reimbursement for generator labels | 2990-000 | | 39.19 | 5,596.55 |
| 12/18/23 | 111 | Gold, Lange, Majoros & Smalarz, P.C. | Reimbursement of postage re: security | 3120-000 | | 57.00 | 5,539.55 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 18.73 | 5,520.82 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 1,014.72 | 11 | Checks | 27,959.37 |
| 0 | Interest Postings | 0.00 | 2 | Adjustments Out | 34.53 |
| | Subtotal | 1,014.72 | 0 | Transfers Out | 0.00 |
| 3 | Adjustments In | 32,500.00 | | Total | 27,993.90 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 33,514.72 | | | |

23-48356-tjt    Doc 125    Filed 01/16/24    Entered 01/16/24 11:06:22    Page 3 of 4

{ } Asset Reference(s)    Page Subtotals: $33,514.72    $27,993.90    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-48356-TJT | **Trustee Name:** | Stuart A. Gold (420360) |
| **Case Name:** | CONNER CREEK CENTER LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***2548 | **Account #:** | ******8366 Checking |
| **For Period Ending:** | 01/16/2024 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $33,514.72 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $32,500.00 |
| Net Estate: | $1,014.72 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8366 Checking | $33,514.72 | $27,993.90 | $5,520.82 |
| | **$33,514.72** | **$27,993.90** | **$5,520.82** |