# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 26-1

Case No.: 23-48356-TJT
Case Name: CONNER CREEK CENTER LLC
For Period Ending: 03/31/2025

Trustee Name: (420360) Stuart A. Gold
Date Filed (f) or Converted (c): 10/25/2023 (c)
§ 341(a) Meeting Date: 12/07/2023
Claims Bar Date: 01/30/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 0.00 | 0.00 | | 0.00 | 1.00 |
| 2 | CHECKING ACCOUNT ACCOUNT AT BANK OF AMERICA | 0.00 | 1,014.72 | | 1,014.72 | FA |
| 3 | ACCOUNT AT BANK OF AMERICA- CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | 1.00 |
| 4 | A/R 90 DAYS OLD OR LESS. FACE AMOUNT = $0.00. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $0.00.<br>* A/R are fully secured by 3 mortgages including assignment of rents | Unknown | 0.00 | | 0.00 | FA |
| 5 | A/R OVER 90 DAYS OLD. FACE AMOUNT = $3,700,000.00. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $3,700,000.00.<br>* A/R are fully secured by 3 mortgages including assignment of rents | Unknown | 0.00 | | 0.00 | FA |
| 6 | OFFICE FURNTURE ALL ITEMS OVER 25 YEARS OLD. COST TO MOVE MORE THAN VALUE. | 1.00 | 0.00 | | 0.00 | FA |
| 7 | CENTRAL PHONE SYSTEM. | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | X RAY MACHINE-APPROX 10 YEARS OLD. FIXTURE UNLIKELY BE ABLE TO MOVE.. | 5,000.00 | 0.00 | | 0.00 | FA |
| 9 | GMC ENOVY 2005. | 500.00 | 0.00 | | 0.00 | FA |
| 10 | GMC ENOVY DOES NOT RUN. | 250.00 | 0.00 | | 0.00 | FA |
| 11 | CLEANING PRODUCTS ETC. | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | 4777 OUTER DRIVE DETROIT ML $10,000.00 VALUATION IS BASED UPON APPRAISAL FROM 2020. DEBTOR IS CURRENTLY ATTEMPTING TO MARKET THE PROPERTY AND IS ANALYZING THE VALUE IN TODAY'S MARKET., FEE SIMPLE<br><br>The automatic stay on the 4777 Outer Drive property was lifted and the property sold to Conner Creek Lender, LLC in exchange for a credit bid of its entire debt in a state court receivership proceeding in Wayne County Circuit Court initiated by Conner Creek Lender, LLC | 10,000,000.00 | Unknown | | 0.00 | FA |
| 13 | Post-petition financing (u) | 0.00 | 32,500.00 | | 32,500.00 | FA |
| 14 | Huntington Bank -- Debtor in Possession bank account (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Preference claim against Henry Schein, Inc. (u) | 0.00 | 260,000.00 | | 260,000.00 | FA |

Case No.: 23-48356-TJT  
Case Name: CONNER CREEK CENTER LLC  
For Period Ending: 03/31/2025  

Trustee Name: (420360) Stuart A. Gold  
Date Filed (f) or Converted (c): 10/25/2023 (c)  
§ 341(a) Meeting Date: 12/07/2023  
Claims Bar Date: 01/30/2024  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Fraudulent Transfer action against Andrew G. McLemore, Jr. (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$10,007,751.00** | **$303,514.72** | | **$303,514.72** | **$2.00** |

**Major Activities Affecting Case Closing:**

04/22/2025 Motion For Contempt Against Etitle Agency, Inc  
04/01/2025 Order for Examination and Production of Documents of Etitle Agency, Inc. Pursuant to FED.R.BANKR.P.2004  
03/24/2025 Order for Contempt re Beale  
03/14/2025 Motion for 2004 exam  
03/11/2025 - Order Approving Compromise  
03/05/2025 Motion for Contempt re Beale  
02/13/2025 Motion to Approve Compromise  
01/07/2025 Order Approving Accountant's Fee App  
01/02/2025 2004 Order  
12/11/2024 Interim GLMS fee App  
12/06/2024 2004 Motion  
11/15/2024 Default Judgment AP vs McLemore, et. al.  
10/09/2024 - Default Judgment in AP 24-04367  
09/30/2024 - Interim fee GLMS  
09/18/2024 AP Filed vs McLemore, et.al.  
09/06/2024 Order Approving Compromise Motion  
09/04/2024 - AP vs Dorothy McLemore Trust, et. al.  
08/07/2024 - Motion to Approve Compromise filed  
03/2024 -- Investigate debtor's financial affairs including transfers to insiders  
01/08/24 -- App to Employ Mueller & Company PC as Accountant for Trustee filed; Order entered 01/08/24  
12/07/23 -- Motion for Contempt Against Dorothy McLemore Trust, Raymond McLemore, Andrew McLemore, Sr. and Andrew McLemore, Jr filed by Trustee;  
12/01/23 -- :Motion of Premco Financial Corp for Adequate Protection filed; Motion struck by court [doc #93]  
11/22/23 -- Notice of Proposed Abandonment of Commercial Property located at 4777 East Outer Dr., Detroit, MI filed by Trustee [doc #83]; Notice withdrawn 12/20/23 [doc #117]  
11/21/23 -- Motion for 2004 Exam and Production of Documents of RAD Conversion Specialists, LLC filed by Trustee; Response filed by RAD Conversion Specialists, LLC; Hearing scheduled for 12/20/23 at 9:00; Order entered 12/14/23 -- 2004 exam scheduled for 01/25/24 at 3:00  
11/07/23 -- Motion of DTE to Determine Adequate Assurance of Payment Pursuant to Section 366 of the Bankruptcy Code filed; Objection filed by Trustee; Objection filed by Conner Lender, LLC; Motion withdrawn by DTE 12/1/23 [doc #91]  
11/06/23 -- Motion Authorizing Trustee to Reject Non-Residential Real Estate Leases filed; Response filed by DESIR Medical PLLC, Conner Creek Urgent Care and Conner Creek Life Solution LLC; Hearing scheduled for 12/13/23 at 10:00; Order entered Authorizing Trustee to Reject Leases P/O 12/13/23 [doc #109]  
11/01/23 -- Motion to Compel Dorothy McLemore Trust, Raymond Scott McLemore, Andrew McLemore, Sr., and Andrew McLemore, Jr. to turnover property of the bankruptcy estate filed by Trustee; Order entered 11/21/23 [doc #80]  
11/01/23 -- Notice of Asset filed; Claim bar date is 01/30/2024  
11/2023 -- Investigate business books and records; Investigating debtor's financial affairs for potential avoidable transfers  

**Initial Projected Date Of Final Report (TFR):** 12/01/2025    **Current Projected Date Of Final Report (TFR):** 12/01/2025

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 23-48356-TJT
**Case Name:** CONNER CREEK CENTER LLC

**For Period Ending:** 03/31/2025

**Trustee Name:** (420360) Stuart A. Gold
**Date Filed (f) or Converted (c):** 10/25/2023 (c)
**§ 341(a) Meeting Date:** 12/07/2023
**Claims Bar Date:** 01/30/2024

| 04/24/2025 | /s/Stuart A. Gold |
|---|---|
| Date | Stuart A. Gold |

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 23-48356-TJT | **Trustee Name:** | Stuart A. Gold (420360) |
| **Case Name:** CONNER CREEK CENTER LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** **-***2548 | **Account #:** | ******8366 Checking |
| **For Period Ending:** 03/31/2025 | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/01/23 | {13} | Conner Lender, LLC | Post petition financing | 1280-002 | 7,500.00 | | 7,500.00 |
| 11/02/23 | 101 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #43; Customer ID: CC01 | 2990-000 | | 3,227.10 | 4,272.90 |
| 11/06/23 | {2} | Conner Creek Center LLC | Turnover of funds in DIP account per demand | 1129-000 | 1,014.72 | | 5,287.62 |
| 11/08/23 | 102 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #44; Customer ID: CC01 | 2990-000 | | 3,383.25 | 1,904.37 |
| 11/16/23 | {13} | Conner Lender, LLC | INCOMING WIRE FROM CONNER LENDER, LLC 70748522 -- Post Petition financing | 1280-002 | 15,000.00 | | 16,904.37 |
| 11/17/23 | 103 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #45; Customer ID: CC01 | 2990-000 | | 3,608.80 | 13,295.57 |
| 11/21/23 | 104 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #46; Customer ID: CC01 | 2990-000 | | 3,626.15 | 9,669.42 |
| 11/21/23 | 105 | Clayton Industries | Boiler repairs; Ref #: Clayton SEG-504-1; Serial #: 23779 Stopped on 12/18/2023 | 2990-000 | | 977.00 | 8,692.42 |
| 11/27/23 | {13} | Conner Lender LLC | INCOMING WIRE FROM CONNER LENDER, LLC 70981614 - Post Petition financing | 1280-002 | 10,000.00 | | 18,692.42 |
| 11/29/23 | 106 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #47; Customer ID: CC01 | 2990-000 | | 3,331.20 | 15,361.22 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 15.80 | 15,345.42 |
| 12/04/23 | 107 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #48; Customer ID: CC01 | 2990-000 | | 3,608.80 | 11,736.62 |
| 12/12/23 | 108 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #49; Customer ID: CC01 | 2990-000 | | 3,735.00 | 8,001.62 |
| 12/18/23 | 105 | Clayton Industries | Boiler repairs; Ref #: Clayton SEG-504-1; Serial #: 23779 Stopped: check issued on 11/21/2023 | 2990-000 | | -977.00 | 8,978.62 |
| 12/18/23 | 109 | Felder Cowart Security | Security at 4777 E. Outer Dr., Detroit, MI; Invoice #50; Customer ID: CC01 | 2990-000 | | 3,342.88 | 5,635.74 |
| 12/18/23 | 110 | Dolores Lanzotti | Reimbursement for generator labels | 2990-000 | | 39.19 | 5,596.55 |
| 12/18/23 | 111 | Gold, Lange, Majoros & Smalarz, P.C. | Reimbursement of postage re: security | 3120-000 | | 57.00 | 5,539.55 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 18.73 | 5,520.82 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 9.70 | 5,511.12 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 8.51 | 5,502.61 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 8.49 | 5,494.12 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 9.36 | 5,484.76 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 9.05 | 5,475.71 |

Page Subtotals: $33,514.72 $28,039.01

{ } Asset Reference(s)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 27-2

| Case No.: | 23-48356-TJT | Trustee Name: | Stuart A. Gold (420360) |
|---|---|---|---|
| Case Name: | CONNER CREEK CENTER LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2548 | Account #: | ******8366 Checking |
| For Period Ending: | 03/31/2025 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 8.16 | 5,467.55 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 9.61 | 5,457.94 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 8.72 | 5,449.22 |
| 09/09/24 | {15} | Henry Schein | HENRY SCHEIN INC EDI PAYMTS STUART A GOLD AS | 1241-000 | 260,000.00 | | 265,449.22 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 271.61 | 265,177.61 |
| 10/29/24 | 112 | Gold, Lange, Majoros & Smalarz, P.C. | Atty Fees p/o 10/28 | 3110-000 | | 32,124.50 | 233,053.11 |
| 10/29/24 | 113 | Gold, Lange, Majoros & Smalarz, P.C. | Atty Exp. p/o 10/28/2024 | 3120-000 | | 298.88 | 232,754.23 |
| 10/31/24 | 114 | United States Treasury | 47-5412548 12.31.2023 Form 1065 | 2810-000 | | 470.00 | 232,284.23 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 466.26 | 231,817.97 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 347.67 | 231,470.30 |
| 12/19/24 | 115 | SeibertKeck Insurance Partners | 24-25 Bond Payment, Acct 41164, Invoice 1652935 | 2300-000 | | 110.28 | 231,360.02 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 406.98 | 230,953.04 |
| 01/06/25 | 116 | Mueller & Company, P.C. | 1.6.25 Fee Order | 3410-000 | | 10,975.50 | 219,977.54 |
| 01/13/25 | 117 | Andrew G. McLemore, Jr. | Witness Fee 24-04380 Stopped on 04/16/2025 | 3120-000 | | 40.00 | 219,937.54 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 373.66 | 219,563.88 |
| 02/19/25 | | Andrew G. McLemore, Jr. | Andrew G. McLemore, Jr. settlement | | 450.00 | | 220,013.88 |
| | {16} | | Payment #1 on Asset #16 Fraudulent Transfer action against Andrew G. McLemore, Jr.   $450.00 | 1241-000 | | | |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 328.71 | 219,685.17 |
| 03/13/25 | | Andrew G. McLemore, Jr. | Andrew G. McLemore, Jr. settlement | | 9,550.00 | | 229,235.17 |
| | {16} | | Combined payments on Asset #16 Fraudulent Transfer action against Andrew G. McLemore, Jr.   $9,550.00 | 1241-000 | | | |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 348.58 | 228,886.59 |

Page Subtotals: $270,000.00  $46,589.12

23-48356-tjt    Doc 171    Filed 04/29/25    Entered 04/29/25 08:18:39    Page 5 of 7

{ } Asset Reference(s)                                                                              ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Page: 27-3

| | |
|---|---|
| **Case No.:** 23-48356-TJT | **Trustee Name:** Stuart A. Gold (420360) |
| **Case Name:** CONNER CREEK CENTER LLC | **Bank Name:** TriState Capital Bank |
| **Taxpayer ID #:** **-***2548 | **Account #:** ******8366 Checking |
| **For Period Ending:** 03/31/2025 | **Blanket Bond (per case limit):** $2,000,000.00 |
| | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 11,014.72 | 17 | Checks | 71,978.53 |
| 0 | Interest Postings | 0.00 | 17 | Adjustments Out | 2,649.60 |
| | Subtotal | 11,014.72 | 0 | Transfers Out | 0.00 |
| 4 | Adjustments In | 292,500.00 | | Total | 74,628.13 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 303,514.72 | | | |

Page Subtotals: $0.00 $0.00

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 27-4

| | | | |
|---|---|---|---|
| **Case No.:** | 23-48356-TJT | **Trustee Name:** | Stuart A. Gold (420360) |
| **Case Name:** | CONNER CREEK CENTER LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***2548 | **Account #:** | ******8366 Checking |
| **For Period Ending:** 03/31/2025 | | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $303,514.72 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $32,500.00 |
| Net Estate: | $271,014.72 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8366 Checking | $303,514.72 | $74,628.13 | $228,886.59 |
| | **$303,514.72** | **$74,628.13** | **$228,886.59** |